IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Jatinder Singh, | )<br>) C.A. No. 4:11-1684-TLW-KDW |
| Plaintiff, | )<br>) |
| vs. | ) ORDER<br>) |
| Daimler AG, Daimler Financial Services, AG, and Mercedes Benz Financial Services, USA, LLC, f/k/a/ DCFS USA, LLC, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Kaymani D. West, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge West recommends that this entire case, including its pending motions, be transferred from the District of South Carolina to the Eastern District of Michigan. No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the

1

applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 59), and this entire case, including its pending motions, is **TRANSFERRED** from the District of South Carolina to the Eastern District of Michigan

    **IT IS SO ORDERED.**

    s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

April 30, 2012
Florence, South Carolina